IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAMI HANAITY | * | |
| Plaintiff | * | |
| v. | * | Case No._____ |
| MARJORIE McMAHON, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \*

**NOTICE OF REMOVAL**

Defendants, Marjorie McMahon and Barbara A. McMahon, by their attorneys, Robert L. Hebb and Semmes, Bowen & Semmes, pursuant to 28 U.S.C. § 1441, et seq. files its Notice of Removal of this action from the Superior Court of the District of Columbia, in which it is now pending, to the United States District Court for the District of Columbia, on the following grounds:

1. Marjorie McMahon and Barbara A. McMahon have been named as Defendants in a suit filed in the Superior Court of the District of Columbia. This is a civil tort action suit seeking monetary damages for personal injury.

2. The Plaintiff's action in said suit was filed on or about September 6, 2005, said suit being docketed in the Superior Court of the District of Columbia as Case No. 05-0007196.

3. Removal of this case is timely made because this Notice of Removal is filed within 20 days of service of the Plaintiff's Complaint and Summons.

4. The matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

5. At the time of the commencement of said suit, and since that time, the Defendants were and now are citizens of the State of Pennsylvania (although Marjorie McMahon temporarily resides in the District of Columbia). According to the Complaint, the Plaintiff in said suit is a citizen of the State of Virginia.

6. This action may therefore be removed to this Court on the grounds of diversity of citizenship, pursuant to Title 28 U.S.C. § 1332, § 1441 and § 1446.

7. Attached hereto are copies of all process and pleadings that have been served upon Defendants in this action.

8. Defendants have given written notice of the filing of this Notice of Removal to the Plaintiff, and have filed a copy of this Notice with the Clerk of the Superior Court of the District of Columbia.

9. Attached hereto as Exhibit 1 are copies of all documents served on the Defendants in this action.

WHEREFORE, Defendants, Marjorie McMahon and Barbara A. McMahon, respectfully request that this action be removed unto the United States District Court for the District of Columbia; and that no further proceedings be had in the Superior Court of the District of Columbia.

Respectfully submitted,

_____
Robert L. Hebb (#449904)

/s/

Semmes, Bowen & Semmes
250 W. Pratt Street
Baltimore, Maryland 21201
(410) 539-5040

Attorneys for Defendants,
Marjorie McMahon and
Barbara A. McMahon

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10 day of November, 2005, a copy of the foregoing Notice of Removal was mailed, first-class, postage prepaid, to Christopher M. Johns, Esquire, Box 975, Laurel, Maryland 20725, Attorney for Plaintiff.

Robert L. Hebb

B0564239.WPD - 9685-3347