IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAMI HANAITY                          *

        Plaintiff                *

   v.                                    *          Case No._____

MARJORIE McMAHON, et al.              *

        Defendants               *

        *   *   *    *    *   *   *

### DEFENDANT, BARBARA A. McMAHON'S
### MOTION TO DISMISS AND/OR IN THE ALTERNATIVE
### MOTION FOR SUMMARY JUDGMENT

The Defendant, Barbara A. McMahon, by her attorneys, Robert L. Hebb and Semmes, Bowen & Semmes, hereby submits this Motion to Dismiss and/or in the Alternative Motion for Summary Judgment, and with good cause states:

    1.    The above-captioned matter was initiated by Plaintiff as a result of a motor vehicle accident that occurred on or about October 3, 2004. The Plaintiff seeks to recover for personal injuries allegedly sustained as a result of the motor vehicle accident.

    2.    The Plaintiff initiated this action against two Defendants, Marjorie McMahon and Barbara McMahon. The Plaintiff alleges that Marjorie McMahon was the operator of the vehicle involved in the occurrence that created the alleged physical injuries. In addition, the Plaintiff alleges that this Defendant, Barbara McMahon, was the owner of the vehicle and, therefore, liable to the Plaintiff pursuant to D.C. Code section 50-1301.08 (2003).

    3.    The Defendant, Barbara McMahon, denies that she was ever the owner of the vehicle involved in the occurrence. *See* Exhibit 1, Affidavit of Barbara McMahon.

WHEREFORE, for the foregoing reasons and for the reasons more fully set forth in the Memorandum of Law, Defendant, Barbara McMahon, respectfully requests this Court to dismiss Plaintiff's claims against her.

Robert L. Hebb (#449904)

Semmes, Bowen & Semmes
250 W. Pratt Street
Baltimore, Maryland 21201
(410) 539-5040

Attorneys for Defendant,
Barbara A. McMahon

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _10_ day of November, 2005, a copy of the foregoing Motion to Dismiss and/or in the Alternative Motion for Summary Judgment, Memorandum in Support thereof, and proposed Order was mailed, first-class, postage prepaid, to Christopher M. Johns, Esquire, Box 975, Laurel, Maryland 20725, Attorney for Plaintiff.

Robert L. Hebb

B0564482.WPD; 9685-3347

-2-