IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAMI HANAITY                        *

       Plaintiff            *

v.                                  *       Case No._____

MARJORIE McMAHON, et al.            *

       Defendants           *

*   *   *   *   *   *   *

## AFFIDAVIT

    I, Barbara McMahon, being over eighteen (18) years of age and competent to testify as a witness and having personal knowledge of the facts set forth below, do hereby make oath in due form as follows:

    1.    I have been identified by Plaintiff, Sami Hanaity, as the owner and/or co-owner of a motor vehicle involved in the motor vehicle accident on October 3, 2004 in the District of Columbia.

    2.    The Co-Defendant in this case, Marjorie McMahon, is my daughter.

    3.    At the time of the occurrence, my daughter, Marjorie McMahon, was and continues to be a student at the George Washington University.

    4.    The vehicle being operated by my daughter, Marjorie McMahon, at the time of the occurrence was a Cherokee Sport, VIN 1J4FF48S41L551936. This vehicle was not owned by me at any time.

    5.    My daughter, Marjorie McMahon, was not operating the vehicle to my benefit and was not my agent, servant and/or employee at the time of the accident.

EXHIBIT 1

I HEREBY AFFIRM, UNDER PENALTY OF PERJURY, THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT TO THE BEST OF MY PERSONAL KNOWLEDGE, INFORMATION, AND BELIEF.

*[signature]*
Barbara A. McMahon

Date: 11-7-05

B0564514.WPD: 9685-3347