IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAMI HANAITY                              *

         Plaintiff                      *

v.                                        *        Case No. 1:05CV02208

MARJORIE McMAHON, et al.                  *

         Defendants                     *

         *        *        *        *        *        *        *        *

## JOINT RULE 16.3 STATEMENT

The parties proffer the following joint report.

1.      It is possible that the case as against one of the two Defendants will be disposed of by Motion.

2.      Any additional parties should be joined by January 15, 2006.

3.      The parties do agree to the assignment of this case to a Magistrate Judge for all purposes, including trial by jury.

4.      There is a possibility of settlement.

5.      The case would benefit from the Court's Alternative Dispute Resolution.

6.      One of the two Defendants filed a dispositive Motion.

7.      The parties agree to stipulate to dispense with the Initial Disclosures as required by Rule 26(a)(1).

8.      The parties agree that discovery should be completed by March 1, 2006.  Discovery should include a maximum of ten (10) hours worth of deposition time for each party, and standard Interrogatories and Requests for Production of Documents as permitted by the Rules.

9.    The parties stipulate to dispense with the requirements of Rule 26(a)(2) except that the parties will identify all experts and produce reports prepared by any identified expert. In addition, the parties agree to conduct *de bene esse* depositions of their experts after the conclusion of discovery and prior to trial.

10.    The parties do not request bifurcation.

11.    The parties would be amenable to a pretrial date of early April, 2006.

12.    Other: The Plaintiff stipulates that the value of this case does not exceed $75,000, and intends to amend his complaint to reduce the addendum to $75,000 or less. The Plaintiff intends to file a Motion to Remand premised upon the fact that the case value is less than $75,000.


 /s/ Christopher M. Johns                                 /s/ Robert L. Hebb
Christopher M. Johns                                Robert L. Hebb (#449904)
Box 975                                             Semmes, Bowen & Semmes
Laurel, Maryland 20725                              250 W. Pratt Street
(301) 674-6900                                      Baltimore, Maryland  21201
                                                    (410) 539-5040


Attorney for Plaintiff,                             Attorney for Defendant,
Sami Hanaity                                            Barbara A. McMahon




B0571595.WPD; 9685-3347


-2-