UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMI HANAITY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2208 (PLF) |
| ) | |
| MARJORIE MCMAHON, ) | |
| ) | |
| Defendant. ) | |

## MEDIATION REFERRAL ORDER

Upon consideration of matters raised at the meet and confer status conference held on December 15, 2005, and the recommendations contained in the parties' Joint Rule 16.3 Report to the Court, the parties agree that this case should be promptly referred to mediation. With the consent of the parties, it is hereby ORDERED that

1. This matter is referred for mediation and neutral evaluation to commence as promptly as possible.

2. Upon receipt of this Order, counsel shall contact the Court's Alternative Dispute Resolution Program at (202) 216-7350.

3. The Clerk of the Court shall promptly furnish a copy of this Order to the Circuit Executive who shall designate a mediator.

4. Counsel and the parties, including persons with settlement authority, shall attend each mediation session.

5. Mediation shall conclude on or before March 8, 2005.

6. If the case settles in whole or in part, counsel shall promptly advise the Court of the settlement by filing a stipulation.

7. A status conference is scheduled for March 9, 2006 at 9:15 a.m.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: December 15, 2005