UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMI HANAITY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARJORIE MCMAHON, et al., )<br>)<br>Defendants. )<br>) | Civil Action No.  05-2208 (PLF) |

ORDER

      This is a personal injury case involving an automobile accident.  On November 10, 2005, defendant Barbara A. McMahon filed a motion to dismiss, or in the alternative, motion for summary judgment.  The parties appeared for a meet and confer status conference before the Court on December 15, 2005.  At that time, counsel for the plaintiff stated that he did not oppose the motion to dismiss, based on the representations of opposing counsel that Barbara A. McMahon is not the titleholder of the car involved in the accident.  Accordingly, it is hereby

      ORDERED that defendant Barbara A. McMahon's motion to dismiss [3, 4]  is GRANTED and she is hereby dismissed as a defendant in this case.

      SO ORDERED.

                                                          _____/s/_____
                                                          PAUL L. FRIEDMAN
                                                          United States District Judge

DATE:  December 16, 2005