IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAMI HANAITY                                    *

          Plaintiff                *

       v.                              *            Case No. 1:05CV02208

MARJORIE McMAHON, et al.             *

          Defendants              *

         *       *       *       *       *       *       *       *

## STIPULATION OF DISMISSAL WITH PREJUDICE

     The parties, by their undersigned counsel, hereby stipulate to dismiss the above-captioned

case and all claims between the parties with prejudice.


 */s/ Christopher M. Johns*                  */s/ Robert L. Hebb*

Christopher M. Johns                  Robert L. Hebb (#449904)

Box 975                              Semmes, Bowen & Semmes

Laurel, Maryland 20725               250 W. Pratt Street

(301) 674-6900                      Baltimore, Maryland  21201

                                       (410) 539-5040


Attorney for Plaintiff,                Attorney for Defendant,

Sami Hanaity                          Marjorie McMahon

B0615165.WPD; 9685-3347